BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CV-00818-KJM-EFB |
| Plaintiff, | |
| v. | STIPULATION TO STAY FURTHER PROCEEDINGS AND ORDER |
| APPROXIMATELY $160,243.00 IN U.S. CURRENCY, | |
| Defendant. | |

      The United States and Claimants Epifanio Reynoso, Sr., Maria Reynoso, Eddy Reynoso and Epifanio Reynoso, Jr. (collectively, the "claimants") hereby stipulate that a stay is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings until the resolution of the related criminal case against Eddy Reynoso and Epifanio Reynoso, Jr. now pending in Butte County Superior Court.

      1.      Claimants filed a claim and answer in this *in rem* forfeiture action, asserting an interest in the defendant currency.  ECF No. 7-8.

      2.      The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i).  The United States contends that the defendant currency constitutes money or other things of value furnished or intended to be furnished by any person in

exchange for a controlled substance or listed chemical, all proceeds traceable to such an exchange and/or was used or intended to be used to facilitate one or more violations of 21 U.S.C. §§ 841 et seq.

   3. Claimants Eddy Reynoso and Epifanio Reynoso, Jr. were charged with state crimes related to the defendant currency in the following cases: <u>State of California. v. Epifanio Reynoso</u>, CM037686 and <u>State of California. v. Eddy Reynoso</u>, CM037687. Neither Epifanio Reynoso, Sr. or Maria Reynoso have been charged with any crimes related to the defendant currency.  Nevertheless, the United States intends to depose the claimants regarding their ownership of the defendant currency, as well as their knowledge of the source of the defendant currency.  If discovery proceeds at this time, claimants will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination and losing the ability to pursue their claims to the defendant currency, or waiving their Fifth Amendment rights and submitting to a deposition and potentially incriminating themselves.  If they invoke their Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claims they filed with this court.

   4. In addition, claimants intend to depose, among others, the agents involved with this investigation, including but not limited to, the agents with the Drug Enforcement Administration.  Allowing depositions of the law enforcement officers at this time would adversely impact the federal prosecution.

///
///
///
///
///
///
///

Stipulation for a Stay of Further Proceedings; Order

5. The parties recognize that proceeding with these actions at this time has potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimants' ability to assert any defenses to forfeiture. For these reasons, the parties jointly request that these matters be stayed until the conclusion of the related criminal case. At that time the parties will advise the court of the status of the criminal investigation, if any, and will advise the court whether a further stay is necessary.

Dated: 8/23/13

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 8/23/13

/s/ Jesse I. Santana
JESSE I. SANTANA
Attorney for Claimants
Epifanio Reynoso, Sr., Maria Reynoso,
Eddy Reynoso and Epifanio Reynoso, Jr.

(As authorized via email on 8/23/13)

## ORDER

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i) until the conclusion of the related criminal case, at which time the parties will advise the Court whether a further stay is necessary.

IT IS SO ORDERED.

Dated: August 28, 2013.

_____
UNITED STATES DISTRICT JUDGE

Stipulation for a Stay of Further Proceedings; Order