UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-CV-00818-KJM-EFB |
| Plaintiff, | |
| v. | ORDER |
| APPROXIMATELY $160,243.00 IN U.S. CURRENCY, | |
| Defendant. | |

      This is a civil action in rem brought against Approximately $160,243.00 in U.S. Currency, ("defendant currency"), which was seized on November 9, 2012. Complaint, ECF No. 1 at 1. A verified complaint for forfeiture in rem was filed on April 25, 2013 alleging that defendant currency is subject to forfeiture to the United States as provided by 21 U.S.C. § 881(a)(6). *Id.* On April 29, 2013, the Clerk issued a Warrant for Arrest of the defendant currency, and that warrant was duly executed on May 2, 2013. ECF No. 4. Beginning on May 1, 2013, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on May 31, 2013. ECF No. 9. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individual(s):

1

1      a. Epifanio Reynoso, Sr.

2      b. Maria Reynoso

3      c. Eddy Reynoso

4      d. Epifanio Reynoso, Jr.

5      e. Marina Rodriguez

6      Claimants Epifanio Reynoso, Sr., Maria Reynoso, Eddy Reynoso and Epifanio Reynoso, Jr. filed a claim and answer alleging an interest in the defendant currency on May 20, 2013. ECF No. 7. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Marina Rodriguez on January 23, 2015. ECF No. 14. Under Local Rule 540, the United States and claimant join in a request that as part of the Final Judgment of Forfeiture in this case, the court enter a default judgment against the interest, if any, of Marina Rodriguez without further notice. ECF No. 15.

Based on the above and the files and records of the court, it is hereby ORDERED:

1. The court adopts the Stipulation for Final Judgment of Forfeiture (ECF No. 15) entered into by and between the parties to this action.

2. Judgment is hereby entered against claimants Epifanio Reynoso, Sr., Maria Reynoso, Eddy Reynoso and Epifanio Reynoso, Jr. and all other potential claimants who have not filed claims in this action.

3. Upon entry of this Final Judgment of Forfeiture, $106,243.00 of the $160,243.00 in U.S. Currency, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Upon entry of this Final Judgment of Forfeiture herein, but no later than 60 days thereafter, $54,000.00 of the $160,243.00 in U.S. Currency shall be returned to claimants Epifanio Reynoso, Sr., Maria Reynoso, Eddy Reynoso and Epifanio Reynoso, Jr. , through their attorney Jesse I. Santana.

/////

1       5. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The claimants waive the provisions of California Civil Code § 1542.

      6. Claimants Epifanio Reynoso, Sr., Maria Reynoso, Eddy Reynoso and Epifanio Reynoso, Jr. waive any and all claim or right to interest that may have accrued on the defendant currency.

      7. All parties are to bear their own costs and attorneys' fees.

      8. The undersigned district judge of the U.S. District Court for the Eastern District of California shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

      9. Based upon the allegations set forth in the Complaint (ECF No. 1), and the Stipulation for Final Judgment of Forfeiture (ECF No. 15), the court enters this Certificate of Reasonable Cause under 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

      IT IS SO ORDERED.

DATED:   February 11, 2015.

_____
UNITED STATES DISTRICT JUDGE